PTM/3352msf

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SISTERS OF MERCY HEALTH SYSTEM, ST. LOUIS, INC.,   )<br>)<br>Plaintiff,   )<br>)<br>vs.   )<br>)<br>GARY PAUL KULA, M.D.,   )<br>)<br>Defendant.   ) | Case No. CIV-09-389-L |

## **ANSWER**

Defendant, Gary Paul Kula, M.D., alleges and states as follows:

Concerning the "Parties, Jurisdiction and Venue" section of plaintiff's Complaint, defendant states:

1.   Defendant admits the allegations contained in paragraphs 1, 2 and 3 of plaintiff's Complaint.

2.   Concerning paragraph 4 of plaintiff's Complaint, defendant asserts that he is a resident of Texas and that this Court may lack personal jurisdiction over him.

3.   Concerning paragraph 5 of plaintiff's Complaint, defendant asserts that, since defendant is a Texas resident, venue may be improper.

Concerning the "Background Facts," of plaintiff's Complaint, defendant states:

4.   Defendant admits the allegations contained in paragraphs 6, 7, 8, 9, 11, 13, 14, 15 and 17 of plaintiff's Complaint.

5.   Concerning the allegations contained in paragraph 10 of plaintiff's Complaint,

defendant admits that the Oklahoma Board of Medical Licensure and Supervision issued the Final Order of Suspension as is outlined in plaintiff's Complaint. Defendant does not admit, however, to the facts as outlined in the Final Order of Suspension nor does defendant admit to the accuracy of the outlined unprofessional conduct.

6. Concerning paragraphs 12 and 16 of plaintiff's Complaint, defendant denies that plaintiff had the legal right to settle a lawsuit against him and then seek indemnification and recovery of legal and case related expenses.

Concerning the "Claims for Relief" section of plaintiff's Complaint, defendant denies that plaintiff has the legal right to seek indemnification from him, all costs/fees/money if paid in a lawsuit settled without defendant's consent. Defendant additionally denies that plaintiff has the legal right to any further relief.

Concerning the "Confidential Provisions" of plaintiff's Complaint, defendant asserts he has a legal right to receive a copy, in its entirety of the Pooled Comprehensive Liability Program Agreement. Defendant also asserts that he has a legal right to receive a copy, in its entirety, of all fees and costs which plaintiff paid to defend the underlying "malpractice" case.

### Affirmative Defenses

1. This Court lacks personal jurisdiction over defendant.

2. This Court is not the appropriate venue for this action.

3. Plaintiff voluntarily, gratuitously and without the consent of defendant paid a settlement which it did not owe.

4. Plaintiff has failed to timely assert its alleged rights.

5. Plaintiff has not timely filed its lawsuit (statute of limitations).

WHEREFORE, defendant prays that plaintiff take nothing.

BUTTS & MARRS, P.L.L.C.

s/Perry T. Marrs, Jr.
Perry T. Marrs, Jr.    OBA No. 11914
Benjamin J. Butts    OBA No. 10228
5655 Classen Boulevard
Oklahoma City, OK 73118
(405) 608-0098
(405) 608-0083 - Facsimile
firm@mbmlaw.net

Attorneys for Defendant

**Certificate of Service**

This is to certify that on the 3rd day of June, 2009, the foregoing ANSWER was filed electronically with the Clerk of the Court for the for U.S. District Court, Western District of Oklahoma, using the electronic case filing system of the court. The electronic case filing system sent a Notice of Electronic Filing to the following ECF registrants:

Chris L. Fox
Heron, Sweet, Fox & Trout, P.C.
2933 N.W. 156th Street
Edmond, OK 73013
405/513-7111
405/513-7277 - Facsimile
cfox@hsftlaw.com

Attorney for Plaintiff

 s/Perry T. Marrs, Jr.
Perry T. Marrs, Jr.