# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

SISTERS OF MERCY HEALTH )
SYSTEM, ST. LOUIS, INC., )
 )
    Plaintiff, )
 )
vs. ) Case No. CIV-05-0115-F
 )
G. PAUL KULA, M.D. and )
PATRICIA BACHHOFER, )
 )
    Defendants. )

## JUDGMENT

In accordance with the court's Order entered this date declaring that Sisters of Mercy Health System, St. Louis, Inc. has no duty to defend or indemnify G. Paul Kula, M.D. in the related case of CIV-04-0969-F, judgment is hereby entered in favor of plaintiff in this action, Sisters of Mercy Health System, St. Louis, Inc., and against defendants in this action, G. Paul Kula, M.D. and Patricia Bachhofer.

Dated this 13th day of April, 2006.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-0115p023.wpd

EXHIBIT 5